# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

**ORDER**

December 13, 2021

*By the Court:*

| | |
|---|---|
| No. 21-3242 | JANE DOE 1, et al.,<br>            Plaintiffs - Appellants<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br>            Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05683<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

Upon consideration of the **PLAINTIFFS-APPELLANTS' MOTION FOR LEAVE TO FILE DISCLOSURE STATEMENT UNDER SEAL**, filed on December 10, 2021, by counsel for the appellants,

**IT IS ORDERED** that the motion to seal is **DENIED**. Anonymous litigation is generally disfavored, and the plaintiffs have not justified anonymity in this appeal. See OPER. P. 10(a); Doe v. City of Chicago, 360 F.3d 667, 669 (7th Cir. 2004).

form name: **c7_Order_BTC**   (form ID: **178**)